MORRIS POTTISH, Appellant, v. LONG ISLAND DAILY PRESS PUBLISHING COMPANY, Inc., Respondent.— Action to recover damages for alleged libel. Order granting defendant's motion to dismiss the complaint affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED MARSDEN, Appellant.— Judgment rendered by a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of a violation of section 70, subdivision 5, of the Vehicle and Traffic Law (driving while intoxicated) unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL SPERLING, Alias JACK BROWN, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting defendant of a violation of section 188 of the Agriculture and Markets Law (false weights and measures), unanimously affirmed under section 542 of the Code of Criminal Procedure. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

QUEENSBORO IMPROVEMENT COMPANY, Appellant, v. WILLIAM DEAN and Others, Defendants, and EMMA GROOMER, ABBIE THOMPSON, MARCELLA WHITEHEAD, REBECCA JOHNSON and CARRIE MITCHELL, Respondents.— Action to compel the determination of a claim to real property pursuant to sections 500 et seq. of the Real Property Law. Order dismissing the complaint on the ground that it fails to state facts sufficient to constitute a cause of action, in so far as appealed from, affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

MOLLIE ROSENMAN and IRVING WEINSTEIN, Plaintiffs, v. ARTHUR DETZ, Appellant, and HARRY ROSSITER, Respondent.— Action to recover damages for personal injuries alleged to have been sustained by plaintiffs, passengers in defendant Detz's automobile, which collided with the car of defendant Rossiter. Order denying the motion of defendant Detz to strike out and dismiss the cross pleading contained in the answer of defendant Rossiter reversed on the law, with ten dollars costs and disbursements, and the motion granted, without costs. The cross-complaint of defendant Rossiter for indemnification from his codefendant is improperly interposed in this action where, under the allegations of the plaintiffs' complaint, defendant Rossiter will be liable to plaintiffs only if his active negligence is established. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.